IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADELINA B WILLIAMS and ANTHONY L        No    C 08-80157 MISC
WILLIAMS,

        Appellants,                          ORDER

        v

CREDITOR MARTHA G BRONITSKY,

        Appellee.
_____/

      On May 28, 2008 the bankruptcy court entered an order discharging the trustee in appellants' Chapter 13 case. Doc #1 at 1. On June 3, 2008, appellants filed a notice of appeal which was forwarded to the United States Bankruptcy Appellate Panel of the Ninth Circuit and assigned BAP No NC-08-1148. Doc #1 at 1. The notice included a motion to proceed in forma pauperis under 28 USC §1915(a). Doc #1 at 2. Because the bankruptcy appellate panel has no authority to grant in forma pauperis motions, the motion was transferred to this court for the limited purpose of ruling on the in forma pauperis motion. Doc #1 at 2.

      For good cause shown, appellants' motion to proceed in forma pauperis is GRANTED.

      IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

United States District Court
For the Northern District of California