UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Williams,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>Bronitsky,<br><br>　　　　Defendant.<br>_____/ | C08-80156 VRW MISC<br>C08-80157 VRW MISC<br><br>**CERTIFICATE OF SERVICE** |

　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 18, 2008 I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adelina B Williams
Anthony L Williams
2228 E 20th Street
Oakland, CA 94606

Bankruptcy Appellate Panel
of the Ninth Circuit
125 So Grand Ave.
Pasadena, CA 91105


Dated: April 3, 2008

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: Cora Klein, Deputy Clerk

　　　　　　　　　　　　　　　　　　　*Cora Klein* (signature)